UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORNE TRITT, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>3COMMAS TECHNOLOGIES OU,<br><br>        Defendant. | Case No. 23-cv-04893-RFL<br><br>**JUDGMENT IN A CIVIL CASE** |

Pursuant to the Court's order granting the motion to dismiss (Dkt. No. 34), judgment is entered in favor of Defendant, and against Plaintiffs.

Dated: June 3, 2024

                                              Mark B. Busby
Clerk, United States District Court

By: _____

Melinda K. Lock, Deputy Clerk to
the Honorable Rita F. Lin